as to the percentage of fault attributable to the plaintiff "was disproportionate to the evidence as the Court views it in the exercise of his independent judgment."

After considering the defendants' oral argument and supplemental brief, we find that no cause has been shown. Consequently, the defendants' appeal is denied and dismissed, and the case is remanded to the Superior Court for a new trial. *Capalbo & Capalbo, Thomas J. Capalbo, Thomas J. Capalbo, Jr.*, for plaintiffs. *Carroll, Kelly & Murphy, Dennis S. Baluch*, for defendants.

December 13, 1979.

M. P. No. 79-410.   CENTREDALE SIGN COMPANY *v.* JOHN H. NORBERG, TAX ADMINISTRATOR OF THE STATE OF RHODE ISLAND. The petition for writ of certiorari is denied.

Mr. Justice Doris did not participate. *John D. Lynch*, for petitioner, *Dennis J. Roberts II*, Attorney General, *William G. Brody*, Assistant Attorney General, *Perry Shatkin*, Chief Legal Officer (Taxation), for respondent.

M. P. No. 79-439.   PAUL O. BOGHOSSIAN, JR. *et al. v.* WHITE, WELD & Co., INCORPORATED *et al.* The petition for writ of certiorari is denied.

Mr. Justice Doris did not participate. *Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Julius C. Michaelson, Jeffrey J. Teitz*, for plaintiffs-respondents, *Hanson, Curran & Parks, William A. Curran, Robert D. Parrillo*, for defendants-petitioners.

M. P. No. 79-461.   IN THE MATTER OF NORMA M. The petition for writ of certiorari is denied.

Mr. Justice Doris did not participate. *Stephen C. Bridge*, Assistant Public Defender, for petitioner, *Chester Lupton*, Legal Counsel, Child Welfare Services, for respondents.

M. P. No. 79-462.   IN THE MATTER OF NORMA M. The petition for writ of habeas corpus is denied.